THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX CAMPBELL, Appellant. [806 NYS2d 422]—

Appeal by the defendant from a judgment of the Supreme

Court, Queens County (Eng, J.), rendered April 13, 2004, convicting him of burglary in the third degree and criminal mischief in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to counsel was unequivocal, voluntary, and intelligently made (*see People v Smith*, 92 NY2d 516 [1998]). The trial court undertook a sufficiently searching inquiry of the defendant to be reasonably certain that the dangers and disadvantages of giving up the fundamental right to counsel were impressed upon him (*see People v Smith, supra; cf. People v Sawyer*, 57 NY2d 12 [1982]).

The defendant's contention that the evidence was not legally sufficient to establish his guilt of the crime of burglary in the third degree is unpreserved for appellate review (*see People v Gray*, 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the People (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Torres*, 10 AD3d 426 [2004]). Cozier, J.P., Ritter, Rivera and Fisher, JJ., concur.